UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IRA ALSTON,
    Petitioner,

    v.
                               PRISONER
                               Case No. 3:10-cv-882(DJS)(TPS)

BRIAN K. MURPHY, ET AL.,
    Respondents.

## RULING AND ORDER

On July 19, 2010, the petitioner, Ira Alston, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He now seeks to file a second amended petition. The motion for leave to file a second amended petition is granted. The proposed second amended petition, however, is not on a court form. See D. Conn. L. Civ. R. 8(b) (Petitions for writ of habeas corpus "shall be on forms approved by the Court and supplied by the Clerk."). Accordingly, the petitioner is directed to file his second amended petition on a court form.

For the foregoing reasons, the petitioner's motion to file a second amended petition [dkt. #4] is **GRANTED**. Having ruled on the petitioner's motion to amend, the petitioner's motion to expedite [dkt. #5] is **DENIED**.

The petitioner is directed to re-submit his second amended petition on a Section 2254 form. **The Clerk shall send the petitioner a Section 2254 Habeas Corpus Petition form with a copy**

**of this order.** The petitioner shall return the completed form to this court within thirty days of the date of this order.

**Failure to comply with this order and timely return the completed second amended petition form will result in the dismissal of this action without further notice from the court.**

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut, this 24th day of January, 2011.**

                                        **/s/ Thomas P. Smith**
                                        **Thomas P. Smith**
                                        **United States Magistrate Judge**